nied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 303, Misc. UNITED STATES v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ET AL. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Solicitor General Perlman, Assistant Attorney General Sonnett, Leonard J. Emmerglick, Robert L. Stern, Kenneth L. Kimble* and *Horace H. Robbins* for the United States.

No. 490, Misc. IN RE BODENMILLER. Motion for leave to file petition for writ of mandamus denied.

No. 528, Misc. IN RE PIERCE. Petition denied.

No. 757. NATIONAL LABOR RELATIONS BOARD v. STOWE SPINNING CO. ET AL. C. C. A. 4th. Certiorari granted. *Solicitor General Perlman* for petitioner. *Paul C. Whitlock* for respondents.

No. 676. STOWE SPINNING CO. v. NATIONAL LABOR RELATIONS BOARD. C. C. A. 4th. Certiorari denied. *Paul C. Whitlock* for petitioner. *Solicitor General Perlman* for respondent.

No. 730. FOREIGN TRADE MANAGEMENT CO., INC. v. UNITED STATES. Court of Claims. Certiorari denied. *Dean Hill Stanley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A.*

**832**

*Sweeney* and *Harry I. Rand* for the United States. ■

No. 731. Foreign Trade Management Co., Inc. *v.* United States. Court of Claims. Certiorari denied. *Dean Hill Stanley* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Harry I. Rand* for the United States. ■

No. 746. Ross *v.* United States. Court of Claims. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Arnold Raum, Sewall Key* and *Robert N. Anderson* for the United States. ■

No. 752. Gill et al. *v.* Mesta Machine Co. C. C. A. 3d. Certiorari denied. Petitioners *pro se. John C. Bane, Jr.* for respondent. ■

No. 755. Clements *v.* Cleveland & Chicago Motor Express Co. C. C. A. 7th. Certiorari denied. *Royal W. Irwin* for petitioner. *John R. Montgomery* for respondent.

No. 763. Jowers et al. *v.* Dowell, Inc. C. C. A. 5th. Certiorari denied. *Leonard Lloyd Lockard* for petitioners. *Val Irion* for respondent. ■

No. 764. Downs *v.* Commissioner of Internal Revenue. C. C. A. 9th. Certiorari denied. *Robert A. Waring* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Helen Goodner* for respondent. ■